CHARLES CHRISTIANSEN, PLAINTIFF IN ERROR, v. W. H. & F. W. CANE, DEFENDANT IN ERROR.

Argued June 23, 1910—Decided September 16, 1910.

For the plaintiff in error, *Charles E. S. Simpson* and *Richard James Donovan* (of the New York Bar).

For the defendant in error, *Frederick J. Faulks.*

PER CURIAM.

No bill of exceptions has been filed with the writ of error, and although the attention of counsel was called to the defect upon the argument, the lack has not been supplied. No error has been made to appear to us and the judgment must be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, GRAY, DILL, CONGDON, JJ. 14.

*For reversal*—None.